1

J. D. MASTERS v. STATE. (No. 11231.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Wichita County; E. G. Thornton, Judge. Walter Nelson, Jr., and John B. Rhea, both of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for assault to murder; punishment, 2 years in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment charges the offense correctly, and the charge of the court pertinently submits the issues raised. The judgment and sentence are in accordance with the law. Finding no error in the record, the judgment will be affirmed.

2

J. D. MASTERS v. STATE. (No. 11233.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Wichita County; E. G. Thornton, Judge. Temple H. Shell, of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction of transporting intoxicating liquors; punishment, 5 years in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment appears to conform to the law, and is followed by the charge of the court. No error appearing, the judgment is affirmed.

3

J. D. MASTERS v. STATE. (No. 11234.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Wichita County; E. G. Thornton, Judge. Walter Nelson, Jr., and John Rhea, both of Wichita Falls, for appellant. Sam. D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of 10 years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.

4

R. L. MAYES v. STATE. (No. 11197.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Jefferson County; George C. O'Brien, Judge. O. M. Lord, of Beaumont, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for burglary; punishment, 2 years in the penitentiary. We find in the record an affidavit, duly executed by the appellant, asking that he be permitted to withdraw his appeal. The request is granted. The appeal is dismissed.

5

Osbon MELTON v. STATE. (No. 11180.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Taylor County; W. R. Ely, Judge. S. W. Pratt, of Cooper, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for murder; punishment, 65 years in the penitentiary. We find in this record an affidavit in proper form, made by the appellant herein, asking that he be permitted to withdraw his appeal and accept the judgment and sentence of the district court. The request is granted. The appeal is dismissed.

6

I. M. NICHOLS v. STATE. (No. 11258.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Haskell County; Bruce W. Bryant, Judge. See, also, 106 Tex. Cr. R. 108, 290 S. W. 1093. Jas. P. Kinnard and Dennis P. Ratliff, both of Haskell, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J. Appellant was convicted for murder, the punishment being assessed at 15 years in the penitentiary. Appellant has filed his affidavit, thereby advising this court that he desires to abandon his appeal. Complying with his request, the appeal is dismissed.

7

Leroy PALMER v. STATE. (No. 11137.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Kaufman County; Joel R. Bond, Judge. Morris Brin, of Terrell, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of 2 years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

8

A. G. RAINES v. STATE. (No. 11116.)
Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Potter County; Henry S. Bishop, Judge. E. T. Miller, of Amarillo, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J. Appellant is under conviction for possessing intoxicating liquor for the purpose of sale, the punishment being one year in the penitentiary. No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review. The judgment is affirmed.